# CASE ANNOUNCEMENTS

*May 20, 2013*

[Cite as *05/20/2013 Case Announcements*, 2013-Ohio-2059.]

## MEDIATION MATTERS

**2013–0433. In re Application to Modify Exemption Granted to E. Ohio Gas Co.**
Public Utilities Commission, No. 12–1842–GA–EXM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

On May 17, 2013, appellant's merit brief, the appendix to appellant's merit brief, and the supplement to the brief were filed in error while this case was in mediation. *See* S.Ct.Prac.R. 19.01(A).

The court hereby returns this case to the regular docket under S.Ct.Prac.R. 19.01. Appellant's merit brief, appendix, and supplement are deemed filed as of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

# CASE ANNOUNCEMENTS

*May 21, 2013*

[Cite as *05/21/2013 Case Announcements*, 2013-Ohio-2060.]

## DISCIPLINARY CASES

**2012–0672. Toledo Bar Assn. v. Royer.**
This cause came to be heard upon respondent's response to the show-cause order issued by this court on April 25, 2013. On consideration thereof, it is ordered that no action shall be taken at this time, provided that respondent enters into a payment plan with the attorney general after this matter is referred for collection.

**2013–0770. In re Damon.**
On certified entry of felony conviction. Geoffrey Parker Damon, Attorney Registration No. 0029397, is suspended from the practice of law for an interim period.

# CASE ANNOUNCEMENTS

*May 22, 2013*

[Cite as *05/22/2013 Case Announcements*, 2013-Ohio-2062.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013–0315. Haselman v. Rittner.**
Fulton App. No. F–12–017. On review of order certifying a conflict. It is determined that no conflict exists. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, KENNEDY, and O'NEILL, JJ., concur.

O'DONNELL, LANZINGER, and FRENCH, JJ., dissent.